FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-21-00584-CV

**TITLE SOURCE, INC.**, Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.**, d/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

The reply brief of appellants The Reporters Committee for Freedom of the Press and the Houston Forward Times is currently due June 14, 2022. On May 31, 2022, appellants filed an unopposed motion requesting an extension of that deadline until July 14, 2022. After consideration, we **GRANT** the motion and **ORDER** appellants to file their reply brief **by July 14, 2022**.

It is so **ORDERED** on June 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT